UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

ORDER

Pursuant to General Order 2024-28 and L.R. 40-1(f)(1), the Clerk is hereby directed to reassign the following cases from Judge Jon E. DeGuilio to Judge Gretchen S. Lund as the presider for all further proceedings:

| Case Number | Case Name |
|---|---|
| 2:23-cv-00304-JD-APR | Harris v. Brown et al |
| 2:23-cv-00312-JD-AZ | Johnson v. Hard Rock Casino Northern Indiana |
| 2:23-cv-00409-JD- AZ | Kirkwood v. Midwest Express Care 4, LLC |
| 2:23-cv-00429-JD-APR | Sherman v. Merrillville Town of et al |
| 2:23-cv-00440-JD-JEM | Doe v. O'Connor et al |
| 2:23-cv-00453-JD-APR | Castleberry v. Albanese Confectionary Group, Inc. |
| 2:24-cv-00005-JD-APR | Porter v. Murphy et al |
| 2:24-cv-00058-JD- APR | Buck Sr. v. City of Hammond School Board |
| 2:24-cv-00067-JD- APR | Caparelli v. Town of Merrillville et al |
| 2:24-cv-00079-JD- APR | Richardson v. Menard Inc |
| 2:24-cv-00088-JD- AZ | De La Rosa v. Wal-Mart Stores East, LP |
| 2:24-cv-00100-JD- APR | Bundy v. Dollar Tree |
| 2:24-cv-00104-JD-AZ | Villegas v. Hancock Regional Hospital |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

SO ORDERED on August 30, 2024

s/Holly A. Brady
Chief Judge Holly A. Brady
United States District Court