**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| CHRISTINA KIRKWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-00409-GSL-AZ |
| ) | |
| MIDWEST EXPRESS CARE 4, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, Christina Kirkwood, and Defendant, Midwest Express Care 4, LLC, by their respective counsel, hereby inform the Court that the Parties have reached an agreement that will resolve this matter in its entirety. The Parties are in the process of preparing and executing the documents consummating this agreement, and upon satisfaction of the material terms of said agreement, the Parties will dismiss this cause as soon as reasonably practical.

Respectfully submitted,

| | |
|---|---|
| */s/ Hunter T. Edmonds* | */s/ Travis P. Lampert (w/ permission)* |
| Hunter T. Edmonds | Travis P. Lampert |
| Brittney B. Rykovich | Mohammed O. Badwan |
| Clyde & Co. US LLP | Sulaiman Law Group Ltd. |
| 30 S Wacker Drive, Suite 2600 | 2500 S. Highland Avenue, Suite 200 |
| Chicago, IL 60606 | Lombard, IL 60148 |
| T: (312) 635-7000 | T: (630) 575-8180 |
| F: (312) 635-6950 | F: (360) 575-8188 |
| hunter.edmonds@clydeco.us | tlampert@sulaimanlaw.com |
| brittney.rykovich@clydeco.us | mbadwan@sulaimanlaw.com |
| *Counsel for Defendant, Midwest Express Care 4, LLC* | *Counsel for Plaintiff, Christina Kirkwood* |

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, states that on December 12, 2024, a true and complete copy of the foregoing document was served on the following attorneys of record:

Mohammed O. Badwan
Travis P. Lampert
Sulaiman Law Group Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
T: (630) 575-8180
F: (360) 575-8188
mbadwan@sulaimanlaw.com
tlampert@sulaimanlaw.com
*Counsel for Plaintiff Christina Kirkwood*

              */s/ Hunter T. Edmonds*
              Hunter T. Edmonds